To Judge William Smith or Magistrate Almond,

My name is Gerald J. Silva. I was before your courts in 2014. I was recently released from prison and I am I total defiance of my conditions of release including reporting to probation, due to my rejection of those conditions.

Probation failed to initiate an arrest warrant for my defiance. Since I have no intentions of complying with those conditions and your courts have declared me to be a "threat to society", I am seeking an immediate hearing with either Judge → Today!

Thank you for your time and immediate attention to this matter.

Sincerely,

Gerald J. Silva